HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PROBATION REVIEW HEARING; AND ORDER |
| vs. | |
| ROGER BROWN, | DATE:   August 27, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Roger Brown, that the probation review hearing currently scheduled for August 27, 2020, may be continued to September 17, 2020, at 10:00 a.m.

The parties jointly move to continue Mr. Brown's probation review hearing to September 17, 2020, in order to permit Mr. Brown and his counsel additional time to acquire and set up the necessary equipment to enable Mr. Brown's remote participation in court proceedings.  If the Court is not inclined to grant the request, Mr. Brown asks that the Court consider waiving his presence for the limited purpose of the probation review hearing set for August 27, 2020.

/ / /

|   |   |
|---|---|
|   | Respectfully submitted,<br>HEATHER E. WILLIAMS |
|   | Federal Defender |
| Date: August 26, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROGER BROWN |
|   | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: August 26, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## **ORDER**

Based on a showing of good cause, the Court hereby orders that the probation review hearing currently scheduled for August 27, 2020, is continued to September 17, 2020, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**August 26, 2020**__

UNITED STATES MAGISTRATE JUDGE