HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY TELEPHONE** |
| vs. | |
| ROGER BROWN, | |
| Defendant. | |

I, Roger Brown, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my probation review hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the probation review hearing currently set for September 17, 2020.


Dated: September 16, 2020          */s/ Matthew Lemke*
                                   MATTHEW LEMKE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ROGER BROWN


Dated: September 16, 2020          */s/ Roger Brown*
                                   ROGER BROWN
                                   Defendant

## **ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Roger Brown is permitted to appear by telephone for his probation review hearing scheduled to take place on September 17, 2020.

IT IS SO ORDERED.

Dated:   **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE