HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BROWN,<br><br>Defendant. | Case 1:19-po-00016-SAB<br><br>**CONSENT TO APPEAR BY TELEPHONE** |

I, Roger Brown, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my status hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the hearing currently set for November 19, 2020.


Dated: November 17, 2020          */s/ Matthew Lemke*
                                  MATTHEW LEMKE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROGER BROWN


Dated: November 17, 2020          */s/ Roger Brown*
                                  ROGER BROWN
                                  Defendant

**<u>ORDER</u>**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Roger Brown is permitted to appear by telephone for the status hearing scheduled to take place on November 19, 2020.

IT IS SO ORDERED.

Dated:   **November 17, 2020**

UNITED STATES MAGISTRATE JUDGE