HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BROWN,<br><br>Defendant. | Case No. 1:19-po-00016-SAB<br><br>**STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563; AND ORDER** |

The parties, through their respective attorneys, submit this stipulation to modify the terms of Roger Brown's probation.

1. On January 16, 2020, this Court sentenced Roger Brown to a term of unsupervised probation, set to expire on January 15, 2021. ECF No. 12. As a condition of probation, the Court ordered Mr. Brown to "participate, attend, and complete an inpatient drug treatment program." *Id*. By stipulation, Mr. Brown's term of probation is now set to expire on May 31, 2021. ECF No. 19.

2. Mr. Brown is 65 years old and suffers from hypertension, type 2 diabetes, neuropathy, and a history of smoking.

3. Given Mr. Brown's vulnerable medical state and the risks posed by communal living during the ongoing COVID-19 pandemic, the parties ask that the Court permit Mr. Brown to receive and participate in programming at the Center, an outpatient recovery program located

1  in Los Banos, California. According to the program materials, the Center is an outpatient
2  substance abuse treatment program that employs certified counselors and licensed practitioners
3  to provide direct services to its patients.

4      4. The parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal
5  Rule of Criminal Procedure 32.1(c) that the Court modify the Defendant's conditions of
6  probation to permit Mr. Brown to satisfy the drug abuse treatment component of his supervision
7  with full participation in the out-patient treatment program provided by the Center.

8      5. Defendant joins in this request, and expressly waives any right to further hearing
9  on this issue pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2021            */s/ Matthew Lemke*
                                         MATTHEW LEMKE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ROGER BROWN


MCGREGOR W. SCOTT
United States Attorney

Date: January 15, 2021            */s/ William Taylor*
                                         WILLIAM TAYLOR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

**ORDER**

The Court hereby orders that Roger Brown may satisfy the substance abuse treatment component of his probation by fully participating in the out-patient drug abuse treatment program provided by the Center, located in Los Banos, California.

The defendant is order to appear for a probation review hearing on May 20, 2021 at 10:00 a.m .

The defendant is also ordered to file a status report 14 days prior to the May 20 probation review hearing.

IT IS SO ORDERED.

Dated:   **January 21, 2021**

UNITED STATES MAGISTRATE JUDGE