HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PROBATION REVIEW HEARING; AND ORDER |
| vs. | |
| ROGER BROWN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Roger Brown, that the probation review hearing scheduled for March 18, 2021, may be vacated.

On January 21, 2021, at the parties' request, this Court ordered that Mr. Brown might satisfy the substance abuse treatment component of his probation by fully participating in the outpatient drug abuse treatment program provided by the Center, located in Los Banos, California. ECF No. 34.  At that time, the Court also scheduled a probation review hearing for May 20, 2021. *Id*.  As a result, the previously set March 18, 2021, probation review hearing is premature and no longer necessary. Accordingly, the parties jointly request that the March 18, 2021, probation review hearing be vacated.

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS |
| 3 |   | Federal Defender |
| 4 | Date: February 5, 2021 | */s/ Matthew Lemke* |
|   |   | MATTHEW LEMKE |
| 5 |   | Assistant Federal Defender |
|   |   | Attorney for Defendant |
| 6 |   | ROGER BROWN |
| 7 |   |   |
|   |   | MCGREGOR W. SCOTT |
| 8 |   | United States Attorney |
| 9 | Date: February 5, 2021 | */s/ William Taylor* |
|   |   | WILLIAM TAYLOR |
| 10 |   | Special Assistant United States Attorney |
|   |   | Attorney for Plaintiff |

**ORDER**

Based on a showing of good cause, the Court hereby orders that the probation review hearing currently scheduled for March 18, 2021, may be vacated and the May 20, 2021 at 10:00 a.m. shall remain the new probation review hearing.

IT IS SO ORDERED.

Dated: __**February 5, 2021**__

UNITED STATES MAGISTRATE JUDGE