1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA 93721
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| ROGER BROWN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Roger Brown, that the filing deadline for Mr. Brown's opening brief be extended by four days. Specifically, that the deadline currently set for December 3, 2021, be extended to Tuesday, December 7, 2021. The parties request that all other events and deadlines remain as scheduled.

On November 18, 2021, undersigned defense counsel requested a briefing schedule in order to file a motion challenging Mr. Brown's alleged probation violation. Defense counsel now requests a short extension of the briefing schedule in order to conduct additional research, complete investigation, and consult with colleagues at the Office of the Federal Defender.

\ \ \

\ \ \

\ \ \

                                  Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

Date: December 3, 2021              */s/ Jeffrey Spivak*
                                  JEFFREY SPIVAK
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: December 3, 2021              */s/ Matthew Lemke*
                                  MATTHEW LEMKE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROGER BROWN

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the defense opening brief filing deadline be extended by four days. Mr. Brown is required to file any affirmative motions on or before December 7, 2021. All other deadlines and events to remain as previously scheduled.

IT IS SO ORDERED.

Dated:   **December 3, 2021**

UNITED STATES MAGISTRATE JUDGE