HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BROWN,<br><br>Defendant. | Case No. 1:19-po-00016-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE ARGUMENT ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Roger Brown, that the filing deadline for Mr. Brown's reply brief be extended and that the forthcoming argument be continued. Specifically, that the defense reply brief deadline currently set for January 14, 2022, be extended to Thursday, February 10, 2022, and the argument current set for January 20, 2022, be continued to February 17, 2022.

Defense counsel has submitted notice of his resignation to the Office of the Federal Defender and now anticipates transitioning away from active case work on or about Friday, January 21, 2022. Defense counsel does not expect that Mr. Brown's matter will resolve prior to his departure from the Office of the Federal Defender. The parties ask the Court to extend briefing and to continue the matter in order to permit new counsel an opportunity to review the case materials, review the pending Motion, and proceed in the case as they deem appropriate, so

as to ensure that Mr. Brown receives a consistent defense in the resolution of this matter.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: January 14, 2022                  */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 14, 2022                  */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGER BROWN

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the defense reply brief deadline currently set for January 14, 2022, be extended to Thursday, February 10, 2022, and the Motion argument current set for January 20, 2022, be continued to February 17, 2022 at 10 a.m.

IT IS SO ORDERED.

Dated:   **January 14, 2022**                                  
                                                  UNITED STATES MAGISTRATE JUDGE