HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA K. MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| ROGER BROWN, | Date:   April 20, 2023 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel that the sentencing hearing scheduled for March 16, 2023 may be continued to April 20,

2023 at 10:00 a.m. before the Honorable Stanley A. Boone.

On January 24, 2023, Brown was found guilty of Charges 1, 2, and 4 of the petition, and

the matter was set for sentencing on March 16, 2023. The probation office filed a dispositional

memorandum on February 24, 2023.  The defense requires additional time to respond to the

dispositional memorandum and requests this short continuance of the sentencing hearing.

Counsel for the government and the probation officer have no objection to this request, and both

are available for a hearing on April 20, 2023.

1

2
                                                    Respectfully submitted,

3
                                                    HEATHER E. WILLIAMS
4                                                   Federal Defender

5    Dated: February 28, 2023
                                                    */s/ Laura Myers*
6                                                   LAURA MYERS
                                                    Assistant Federal Defender
7                                                   Attorney for Defendant
                                                    ROGER BROWN
8

9                                                   PHILIP A. TALBERT
                                                    United States Attorney
10   Dated: February 28, 2023
                                                    */s/ Jeffrey Spivak*
11                                                  JEFFREY SPIVAK
                                                    Assistant United States Attorney
12                                                  Attorney for Plaintiff

13
                                   **O R D E R**
14
          **IT IS SO ORDERED.** The sentencing hearing scheduled for March 16, 2023, at 10:00
15
     a.m. is hereby continued to April 20, 2023, at 10:00 a.m. The defendant is ordered to appear.
16

17
     IT IS SO ORDERED.
18

19   Dated:  **February 28, 2023**
                                                    _____
20                                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28