# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER L. BROWN,<br><br>　　　　Defendant. | Case No. 1:19-po-00016-SAB-1<br><br>ORDER REQUIRING STATUS REPORT<br><br>**DEADLINE: TEN DAYS** |

On January 16, 2020, Defendant pleaded guilty to possessing a controlled substance at the Merced National Wildlife Refuge in December 2018. (ECF No. 12.) Defendant was sentenced to one year of unsupervised probation. On January 24, 2023, the Court found Defendant had violated his probation. (ECF No. 79.) On June 15, 2023, the Court sentenced Defendant to six months probation, to expire December 15, 2023, with Alcoholic Anonymous/Narcotics Anonymous twice per month. (ECF no. 88.)

On August 23, 2023, the parties filed a stipulation for early termination of probation. (ECF No. 95.) They maintain the underlying offense was committed nearly five years ago and Defendant's lengthy criminal history is aged and appears to relate to his drug addiction; moreover, they proffer Defendant has had no known issues with Federal lands since the time of the offense. (Id. at 2.) The parties do not, however, indicate whether Defendant was in compliance with the terms of his probation.

1  Accordingly, IT IS HEREBY ORDERED that **within ten days of this order**, the parties 2 shall file a status report as to the probation, as well as documents showing Defendant's 3 compliance with all of the terms of probation, to date.

IT IS SO ORDERED.

Dated:  **August 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE