# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER L. BROWN,<br><br>　　　　　Defendant. | Case No. 1:19-po-00016-SAB-1<br><br>ORDER DENYING STIPULATED MOTION FOR EARLY TERMINATION OF PROBATION<br><br>(ECF Nos. 95, 96) |

On January 16, 2020, Defendant pleaded guilty to possessing a controlled substance at the Merced National Wildlife Refuge in December 2018. (ECF No. 12.) Defendant was sentenced to one year of unsupervised probation. On January 24, 2023, the Court found Defendant had violated his probation. (ECF No. 79.) On June 15, 2023, the Court sentenced Defendant to six months probation, to expire December 15, 2023, with Alcoholic Anonymous/Narcotics Anonymous twice per month. (ECF No. 88.)

On August 23, 2023, the parties filed a stipulation for early termination of probation. (ECF No. 95.) The parties proffered the underlying offense was committed nearly five years ago; that Defendant's lengthy criminal history is aged and appears to relate to his drug addiction; and that Defendant has had no known issues with federal lands since the time of the offense. (Id. at 2.) The stipulated motion did not indicate whether Defendant was in compliance with the terms of probation. In response to the filing, on August 24, 2023, the Court ordered the parties,

within ten (10) days of entry of the order, to file a status report as to probation, along with documents showing Defendant's compliance with the terms of probation. The deadline for the parties to file the required status report has now expired.[1]

Accordingly, IT IS HEREBY ORDERED that the parties stipulated motion for early termination of probation (ECF No. 95) is DENIED.

IT IS SO ORDERED.

Dated:   **September 6, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the tenth calendar day following the order was Sunday, September 3, 2023, and that Monday, September 4, 2023, was a federal holiday. Thus, the status report was due on September 5, 2023, and the parties filed nothing in response to the Court's order.