# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-po-00016 |
| Plaintiff, | ) ) | **DEFENDANT'S AMENDED STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| ROGER L BROWN, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 50 C.F.R. 27.82(b)(2); 16 U.S.C. 668dd(f)(2)

**Sentence Date:** June 15, 2023

**Review Hearing Date:** November 16, 2023

**Probation Expires On:** December 15, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $ which Total Amount is made up of a Fine: $ Special Assessment: $ Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Attend and participate in Alcoholics Anonymous/Narcotics Anonymous, two sessions per month, for no less than one hour each session, while on probation.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**_GOVERNMENT POSITION:_**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/16/2023 at 10 am Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  11/13/2023

    /s/ Laura Myers
DEFENDANT'S COUNSEL


    /s/ Jeffrey Spivak
ASSISTANT UNITED STATES ATTORNEY

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 14, 2023**

UNITED STATES MAGISTRATE JUDGE